# UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF WASHINGTON
### PROBATION OFFICE

**SCOTT M. MORSE, SR.**

CHIEF PROBATION OFFICER
Thomas S. Foley
United States Courthouse
920 W Riverside, Room 540
PO BOX 306
SPOKANE, WA 99210-0306
(509) 742-6300 / fax (509) 742-6339

REPLY TO  Spokane

**BRANCH OFFICES**

FEDERAL BUILDING
25 S. 3rd Street, Room 326
PO BOX 1791
YAKIMA, WA 98907-1791
(509) 574-5535 / fax (509) 574-5539

FEDERAL BUILDING
825 Jadwin Ave, Suite 170
RICHLAND, WA 99352-0446
(509) 943-8130 / fax (509) 943-8139

FILED IN THE
September 30, 2014    U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

OCT 0 1 2014

SEAN F. McAVOY, CLERK
_____ DEPUTY
SPOKANE. WASHINGTON

RECEIVED
U.S. DISTRICT COURT

SEP 3 0 2014

WM. FREMMING NIELSEN
DISTRICT JUDGE

The Honorable Wm. Fremming Nielsen
United States District Court
Thomas S. Foley United States Courthouse
920 West Riverside Avenue
Spokane, WA 99201-1010

> **RE:** Tolan, Anthony Scott
> **DOCKET NO.:** 2:12CR00025-WFN-1
> **REQUEST RELEASE FROM**
> **RESIDENTIAL REENTRY CENTER**
> **(RRC) PLACEMENT**

Dear Judge Nielsen:

Anthony Tolan began his placement at the residential reentry center (RRC) on July 2, 2014, under the jurisdiction of the Bureau of Prisons. He then began his 36-month term of supervised release on September 29, 2014. He has remained at the RRC as a condition of his supervised release.

Mr. Tolan has been working with the Spokane Neighborhood Assistance Program (SNAP) during his time at the RRC to locate an appropriate release address. Mr. Tolan secured an apartment and signed a lease on September 29, 2014. The undersigned officer was able to conduct an initial home inspection on that same date, and it does appear that this apartment will be appropriate for Mr. Tolan's release.

Mr. Tolan has consistently followed all of the rules and requirements of the RRC facility. He is attending moral reconation therapy as a requirement for the SNAP housing. Mr. Tolan has shown the undersigned officer a confirmation letter from the Department of Social and Health Services stating that his social security disability income will resume once he is released from the RRC. This will enable Mr. Tolan to pay his rent for his new apartment once the SNAP assistance ends in 9 months.

TOLAN, Anthony Scott
September 30, 2014
Page 2

Based on the above factors, it appears Mr. Tolan is taking the necessary steps to ensure his reentry back into the community is successful. Therefore, the undersigned officer respectfully recommends that Mr. Tolan be released from the RRC program with all of the other conditions of supervised release to remain in effect.

Should Your Honor require a different course of action, or require a court appearance by Mr. Tolan, please advise the undersigned officer.

Respectfully submitted,

Scott M. Morse, Sr.
Chief U.S. Probation Officer


s/Patrick J. Dennis          9/30/2014
Patrick J. Dennis                  Date
U.S. Probation Officer

APPROVED BY:


s/Matthew L. Thompson     9/30/2014
Matthew L. Thompson          Date
Supervising U.S. Probation Officer

PJD:vm



THE COURT ORDERS

[  ]    No Action
[ X ]   Release from Residential Reentry Center Placement
[  ]    Other

_____
Signature of Judicial Officer

_____10/1/14_____
Date