PROB 12C  
(7/93)

Report Date: July 30, 2015

# United States District Court

## for the

## Eastern District of Washington

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Anthony Scott Tolan    Case Number: 0980 2:12CR00025-WFN-1

Address of Offender: ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

Name of Sentencing Judicial Officer:  The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence: December 12, 2012

Original Offense:    Felon in Possession of a Firearm, 18 U.S.C. § 922(g)(1)

Original Sentence:   Prison 33 months;          Type of Supervision: Supervised Release
                     TSR - 36 months

Asst. U.S. Attorney:  Matthew F. Duggan         Date Supervision Commenced: September 29, 2014

Defense Attorney:    Federal Defenders Office   Date Supervision Expires: September 28, 2017

## PETITIONING THE COURT

**To issue a summons.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition # 20**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from these substances. |
| | **Supporting Evidence**: Anthony Tolan violated conditions of his supervised release by consuming marijuana on or about July 16, 2015. |
| | On July 16, 2015, Mr. Tolan reported as directed to the vendor site for a random urine test. The sample was tested and returned a presumptive positive reading for marijuana. At that time, Mr. Tolan admitted to consuming the controlled substance and signed a drug use admission form. |

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the defendant to appear to answer to the allegations contained in this petition.

Prob12C  
Re: Tolan, Anthony Scott  
July 30, 2015  
Page 2

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 7/30/2015

s/Patrick J. Dennis

Patrick J. Dennis  
U.S. Probation Officer

---

THE COURT ORDERS

[ ]  No Action  
[ ]  The Issuance of a Warrant  
[X]  The Issuance of a Summons  
[ ]  Other

_____  
Signature of Judicial Officer

7/31/2015  
Date