PROB 12C
(7/93)

Report Date: December 9, 2015

# United States District Court

## for the

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

DEC 10 2015

SEAN F. McAVOY, CLERK
_____ DEPUTY
SPOKANE, WASHINGTON

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Anthony Scott Tolan        Case Number: 0980 2:12CR00025-WFN-1

Address of Offender: ███████████████████████████

Name of Sentencing Judicial Officer: The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence: December 12, 2012

Original Offense:        Felon in Possession of a Firearm, 18 U.S.C. § 922(g)(1)

Original Sentence:       Prison 33 months;           Type of Supervision: Supervised Release
                         TSR - 36 months

Asst. U.S. Attorney:     Matthew F. Duggan           Date Supervision Commenced: September 29, 2014

Defense Attorney:        Andrea K. George            Date Supervision Expires: September 28, 2017

## PETITIONING THE COURT

**To issue a summons.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation Number       Nature of Noncompliance

1                      **Special Condition # 20**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.

                       **Supporting Evidence**: Anthony Tolan violated conditions of his supervised release by consuming marijuana on or about November 20, 2015.

                       On November 30, 2015, Mr. Tolan reported as directed to the vendor site for a random urine test. The sample was tested and returned a presumptive positive reading for marijuana. At that time, Mr. Tolan admitted to consuming the controlled substance and signed a drug use admission form stating that he used the substance on November 20, 2015.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the offender to appear to answer to the allegations contained in this petition.

Prob12C
Re: Tolan, Anthony Scott
December 9, 2015
Page 2

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 12/9/2015

s/Patrick J. Dennis

Patrick J. Dennis
U.S. Probation Officer

---

THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[X] The Issuance of a Summons
[ ] Other

_____
Signature of Judicial Officer

12/10/15
Date