PROB 12C  
(7/93)

Report Date: December 23, 2015

# United States District Court

for the

Eastern District of Washington

Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Anthony Scott Tolan                 Case Number: 2:12CR00025-WFN-1

Address of Offender: ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

Name of Sentencing Judicial Officer:  The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence: December 12, 2012

Original Offense:         Felon in Possession of a Firearm, 18 U.S.C. § 922(g)(1)

Original Sentence:        Prison - 33 months;                Type of Supervision: Supervised Release
                          TSR - 36 months

Asst. U.S. Attorney:      Matthew F. Duggan                  Date Supervision Commenced: September 29, 2014

Defense Attorney:         Federal Defenders Office           Date Supervision Expires: September 28, 2017

## PETITIONING THE COURT

To issue a warrant and incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 12/09/2015.

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation Number | Nature of Noncompliance

2 | **Special Condition # 21**: You shall abstain from alcohol and shall submit to testing (including urinalysis and Breathalyzer), as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from this substance.

**Supporting Evidence**: Anthony Tolan violated conditions of his supervised release by consuming alcohol on December 22, 2015.

On December 22, 2015, Mr. Tolan reported as directed to his chemical dependency treatment class. During the class, Mr. Tolan was asked to submit to a breathalyser test. Mr. Tolan tested at a 0.12 blood alcohol level. Mr. Tolan was legally intoxicated while attending his chemical dependency treatment class.

Prob12C
Re: Tolan, Anthony Scott
December 23, 2015
Page 2

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 12/23/2015

s/Patrick J. Dennis

Patrick J. Dennis
U.S. Probation Officer

THE COURT ORDERS

[ ] No Action
[x] The Issuance of a Warrant
[ ] The Issuance of a Summons
[X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[ ] Defendant to appear before the Magistrate Judge.
[ ] Other

Signature of Judicial Officer

12/24/2015

Date