Report Date: September 26, 2017

# United States District Court

## for the

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

9/26/17

SEAN F. MCAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Anthony Scott Tolan                    Case Number: 0980 2:12CR00025-WFN-1

Address of Offender:                            , Spokane, Washington 99201

Name of Sentencing Judicial Officer:  The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence: December 12, 2012

Original Offense:       Felon in Possession of a Firearm, 18 U.S.C. § 922(g)(1)

Original Sentence:      Prison 33 months;                Type of Supervision: Supervised Release
                        TSR - 36 months

Asst. U.S. Attorney:    Scott Jones                      Date Supervision Commenced: September 29, 2014

Defense Attorney:       Roger Peven                      Date Supervision Expires: September 28, 2017

## PETITIONING THE COURT

**To issue a summons.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition # 20**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.<br><br>**Supporting Evidence**: On September 29, 2014, Anthony Tolan signed his conditions of supervised release, indicating he understood all conditions ordered by the Court. Specifically, Mr. Tolan was made aware by his U.S. probation officer that he abstain from the use of illegal controlled substances.<br><br>On September 25, 2017, Anthony Tolan admitted to the undersigned officer that he had consumed marijuana over the previous 2 days. |
| 2 | **Special Condition # 21**: You shall abstain from alcohol and shall submit to testing (including urinalysis and Breathalyzer), as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from this substance.<br><br>**Supporting Evidence**: On September 29, 2014, Anthony Tolan signed his conditions of supervised release, indicating he understood all conditions ordered by the Court. Specifically, Mr. Tolan was made aware by his U.S. probation officer that he abstain from alcohol. |

On September 25, 2017, the undersigned officer contacted Mr. Tolan at his residence. During the contact, the odor of alcohol was detected coming from Mr. Tolan. When questioned he admitted to the undersigned officer that he had been consuming alcohol earlier in the day.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the offender to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:  09/26/2017

s/Richard Law

Richard Law
U.S. Probation Officer

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[X]  The Issuance of a Summons
[ ]  Other

Signature of Judicial Officer

9/26/2017

Date